IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
Nekesha C. Rufus                :
William E. Rufus, Jr.           :        No. 16-13356-SR

       Debtors

ORDER

AND NOW, this _____ day upon _____,2017, after notice and hearing, the above captioned case is hereby DISMISSED without prejudice; and it is further

ORDERED that this court shall retain jurisdiction to rule upon any fee applications filed in this case; and it is further

ORDERED that any applications for administrative expenses shall be filed within 21 days of the date of this order.

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE