United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nekesha C Rufus
William E Rufus, Jr.
    Debtors

Case No. 16-13356-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Mar 15, 2017
                   Form ID: pdf900     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.

```
db/jdb         +Nekesha C Rufus,   William E Rufus, Jr.,   300 W. Winona Street,   Philadelphia, PA 19144-3925
13725826       +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
13725827        Convergent Outsourcing, Inc.,   PO Box 9004,   Renton, WA 98057-9004
13725829        Crescendo Bioscience, Inc.,   P.O. Box 581108,   Salt Lake City, UT 84158-1108
13725830       +Dashevsky, Horwitz, Kuhn, Novello, Shorr,   1315 Walnut Street, 12th Floor,
                 Philadelphia, PA 19107-4712
13725831       +Dvra Billing,   2701 Loker Av West,   Carlsbad, CA 92010-6638
13725832       +Global Credit Network,   Po Box 3097,   Gaithersburg, MD 20885-3097
13725833       +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13725835       +PGW,   Credit and Collections Department,   800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13725834       +Palomar Associates,   1959 Palomar Oaks Way St,   Carlsbad, CA 92011-1316
13725836        Physician Billing - PB CHOP,   PO Box 788017,   Philadelphia, PA 19178-8017
13725837       +Police And Fire Fcu,   901 Arch St,   Philadelphia, PA 19107-2495
13807549       +Prenlyn Enterprises Inc.,   d/b/a Midas Tire & Auto Georgetown,   Duvera Financial,
                 PO BOX 2549,   Carlsbad, CA 92018-2549
13725841        Stellar Rec,   1327 Highway 2 Wes Suite 100,   Kalispell, MT 59901
13725842       +Stuart Lippm,   5447 E 5th St,   Tucson, AZ 85711-2344
13725844        UPHS HUP Patient Pay,   PO Box 824329,   Philadelphia, PA 19182-4329
13725845       +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13725847        Verizon,   One Alpharetta Place Recovery Departmen,   Alpharetta, GA 30004
13725848       +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Mar 16 2017 01:29:22    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2017 01:29:12    Pennsylvania Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2017 01:29:16    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13812659        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2017 01:23:51
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13814940        E-mail/Text: bankruptcy@phila.gov Mar 16 2017 01:29:22    City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13756223       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 16 2017 01:29:06    PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13725839        E-mail/Text: Supportservices@receivablesperformance.com Mar 16 2017 01:29:24
                 Receivable Performance Management LLC,   PO Box 1548,   Lynnwood, WA 98046-1548
13725840       +E-mail/Text: bankruptcy@sw-credit.com Mar 16 2017 01:29:14    Southwest Credit Syste,
                 4120 International Pkwy,   Carrollton, TX 75007-1958
13725843        E-mail/Text: bankruptcydepartment@tsico.com Mar 16 2017 01:29:23    Transworld Systems Inc.,
                 P.O. Box 17205,   Wilmington, DE 19850-7205
13725850        E-mail/Text: james.feighan@phila.gov Mar 16 2017 01:29:24    Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13725828*        Convergent Outsourcing, Inc.,   PO Box 9004,   Renton, WA 98057-9004
13725838*       +Police And Fire Fcu,   901 Arch St,   Philadelphia, PA 19107-2495
13725846*       +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13725849*       +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
                                                                                        TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Mar 15, 2017
                              Form ID: pdf900              Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Nekesha C Rufus dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor William E Rufus, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

```
IN THE UNITED STATES BANKRUPTCY COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        :     CHAPTER 13
                              :
Nekesha C. Rufus              :
William E. Rufus, Jr.         :     No. 16-13356-SR
                              :
        Debtors
```

ORDER

AND NOW, this _____ day upon _____,2017, after notice and hearing, the above captioned case is hereby DISMISSED without prejudice; and it is further

ORDERED that this court shall retain jurisdiction to rule upon any fee applications filed in this case; and it is further

ORDERED that any applications for administrative expenses shall be filed within 21 days of the date of this order.

**Dated: March 15, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE